United States District Court
Southern District of Texas
**ENTERED**
November 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHELLE KATHERINE BERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00023 |
| | § | |
| FCA US, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice as to the Claims of Plaintiff Michelle Katherine Berry, in her capacity as Independent Administrator of the Estate of Kevin Lee Berry" (D.E. 96), the Court enters final judgment dismissing with prejudice the individual claims asserted by Plaintiff and dismissing without prejudice the class claims asserted by Plaintiff. This action is dismissed in its entirety.

**ORDERED** on November 5, 2024.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE